COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-19-00059-CV

Style:     Rich Robins v. Austen Perry Clinkenbeard and Jonathon G.

    Clinkenbeard aka "Jon Clinkenbeard"

Date motion filed[*]:     June 7, 2019

Type of motion:     Agreed Motion to (Slightly) Amend His Brief

Party filing motion:     Pro se Appellant Rich Robins

Document to be filed:     Appellant's Amended Brief

Is appeal accelerated?     Yes.

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

Appellant's motion is **granted** and his amended brief, to fix the index of authorities and record references but with no substantive changes, is **ordered** to be filed **within 5 days of the date of this Order**. See TEX. R. APP. P. 38.7. Appellee's brief, if any, shall be due within 20 days of the filing of the amended brief. *See* TEX. R. APP. P. 38.6(b), (d)._____

Judge's signature: ___/s/ Evelyn V. Keyes_____
           ☑ Acting individually     ☐ Acting for the Court

Date: __June 18, 2019_____